UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



In Re:                                  )         Case No. 10-32978
                                        )         Chapter: 13
ROSHNI SHARMA-KUMAR                     )
                                        )
         Debtor (s)                     )
_____)

**FILED**

**DEC 2 0 2016**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

This matter comes before the Court pursuant to 11 U.S.C. Sec 347(a), 28 U.S.C. Sec 2042, and the application of The Locator Services Group Ltd, as Attorney-in-Fact for Verizon Communications Inc., seeking payment of funds previously unclaimed by Verizon Wireless (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that Verizon Communications Inc. is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $3,220.45 from the Treasury Registry Account to:

Verizon Communications Inc.
c/o The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA  02210-1131

Dated: 12-20-16

_Robert Bardwil_
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)